No. 10–507. PACIFIC OPERATORS OFFSHORE, LLP, ET AL. *v.* VALLADOLID ET AL. C. A. 9th Cir. [Certiorari granted, 562 U. S. 1215.] Motion of the Solicitor General for divided argument granted.

No. 10–553. HOSANNA-TABOR EVANGELICAL LUTHERAN CHURCH AND SCHOOL *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 6th Cir. [Certiorari granted, 563 U. S. 903.] Motion of the Solicitor General for divided argument granted.

No. 10–945. FLORENCE *v.* BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF BURLINGTON ET AL. C. A. 3d Cir. [Certiorari granted, 563 U. S. 917.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondents for divided argument denied.